Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET HERRERA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 09-1567-OP<br><br>JUDGMENT |

　　　Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

　　　IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security, and dismissing this action with prejudice.

DATED:　　May 19, 2010

　　　　　　　　　　　　　　　　　HONORABLE OSWALD PARADA
　　　　　　　　　　　　　　　　　United States Magistrate Judge